IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

# JUDGMENT IN A CIVIL CASE

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| MARTHA NEGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-785-CV-W-GAF |
| | ) | |
| HALLMARK CARKDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**X**   **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**   This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDER AND ADJUDGED** pursuant to this court's order entered March 1, 2013 that

(1) Plaintiff's Motion for Summary Judgment (Doc. 41) is GRANTED IN PART and DENIED IN PART;

(2) This action shall proceed to trial; and

(3) Defendant's counterclaim for copyright infringement is limited by the statute of limitations, and only may be supported by incidents occurring within the three-year period prior to February 3, 2012.

**IT IS FURTHER ORDER AND ADJUDGED** pursuant to the jury verdict entered on April 18, 2013 that

the jury finds in favor of defendant.

| | |
|---|---|
| April 18, 2013 | Ann Thompson |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |