IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| MARTHA NEGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-0785-CV-W-DW |
| | ) | |
| HALLMARK CARDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT**

# VERDICT

Note: Complete this form by writing in the name(s) required by your verdict.

On the claim of plaintiff Martha Negley for copyright infringement against defendant Hallmark Cards, Inc. related to the work known as Christmas Project, we find in favor of:

_____     *Defendant*     _____
(Plaintiff Martha Negley)               or          (Defendant Hallmark Cards, Inc.)

If you find in favor of plaintiff Martha Negley, do you find defendant Hallmark Cards' conduct as to the Christmas Project willful? *(check yes or no)*

_____     _____
  Yes         No

On the claim of plaintiff Martha Negley for copyright infringement against defendant Hallmark Cards, Inc. related to the work known as Holly, we find in favor of:

_____     *Defendant*     _____
(Plaintiff Martha Negley)               or          (Defendant Hallmark Cards, Inc.)

If you find in favor of plaintiff Martha Negley, do you find defendant Hallmark Cards' conduct as to the Holly willful? *(check yes or no)*

_____     _____
  Yes         No

Note: Complete the following paragraph only if one or more of the above findings is in favor of plaintiff Martha Negley.

We assess the damages of plaintiff Martha Negley for copyright infringement at:

$ _____ *(stating the amount)*

4-18-2013                    [signature]
Dated                         Foreperson